JEANETTE V. SHAW, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 28783.)

Argued October 10, 1951; decided October 19, 1951.

*Paul Muscarella* for appellant.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison* and *Wendell P. Brown* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.